```
CSINIB02/CINIB02        TEXAS DEPARTMENT OF CRIMINAL JUSTICE           05/01/12
7384/MFO5127                 IN-FORMA-PAUPERIS DATA                    08:38:29
TDCJ#: 01758843 SID#: 07236705 LOCATION: SMITH            INDIGENT DTE:
NAME: JONES,TREY                       BEGINNING PERIOD: 11/01/11
PREVIOUS TDCJ NUMBERS: 01595471 01636935
CURRENT BAL:        22.31 TOT HOLD AMT:         0.00 3MTH TOT DEP:       303.00
6MTH DEP:          323.00 6MTH AVG BAL:        16.21 6MTH AVG DEP:        53.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/12      140.79         165.00       01/12      20.00         20.00
03/12       52.74          60.00       12/11       0.00          0.00
02/12       52.62          78.00       11/11       0.00          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Walker_
ON THIS THE _1st_ DAY OF _May_, _12_, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG _Lois Ann Lender_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



LOIS ANN LENDER
Notary Public
STATE OF TEXAS
My Commission
Expires 06/25/2012

30    April DAWSON 12

*Albert Jimenez* (signature)

Albert Jimenez
Notary Public, State of Texas
My Commission Expires
07/02/2015

Notary Without Bond