


**ALISSA A. ADKINS**
Chief of Litigation

**LAURA GARZA JIMENEZ**
COUNTY ATTORNEY
NUECES COUNTY COURTHOUSE
901 LEOPARD, ROOM 207
CORPUS CHRISTI, TX 78401-3680
TELEPHONE (361) 888-0391
FACSIMILE (361) 888-0577

**BELINDA HINOJOSA-PERSOHN**
Chief of Administrative Services

R 4/20/12 D 8dcd

April 19, 2012

Via CMRRR
Ms. Gail Dorn, Esq.
P.O. Box 23064
Corpus Christi, Texas 78403

RE: Public Information Request dated April 10, 2012 to Sheriff Kaelin

Dear Ms. Dorn:

We are in receipt of the above-referenced request wherein you request *"a certified copy of the trust fund account statement...for Trey Jones...from the date that Mr. Jones was incarcerated for the period from September 1, 2011, to present."*

Enclosed please find three (3) pages of information responsive to your request. Please note that the Texas Public Information Act Section 552.221 requires the governmental body to provide the information for inspection or duplication, but does not require the governmental body to certify documents.

Sincerely,

Laura Garza Jimenez
Nueces County Attorney

Enc. (As stated)

NUECES COUNTY SHERIFF'S DEPARTMENT

Resident Account Summary

Monday, April 16, 2012 @17:00

For SID: 10150577 JONES, TREY

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 01/23/2012 | WCHECK | RELEASE OR CLOSEOUT TRANS. | -28.00 | 0.00 | 0.00 | 0.00 | 01/23/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 28.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 29.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 30.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -5.00 | 33.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 38.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 39.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 40.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 43.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | CYBERSUITE | 9646132725806710010 | 17.00 | 44.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 27.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 28.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/22/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 30.00 | 0.00 | 0.00 | 01/22/2012 |
| 01/21/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 31.00 | 0.00 | 0.00 | 01/21/2012 |
| 01/21/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 34.00 | 0.00 | 0.00 | 01/21/2012 |
| 01/21/2012 | CYBERSUITE | 57365296 | 5.00 | 35.00 | 0.00 | 0.00 | 01/21/2012 |
| 01/21/2012 | CYBERSUITE | 3136243 | 30.00 | 30.00 | 0.00 | 0.00 | 01/21/2012 |
| 01/20/2012 | PHONE PURCH | PHONE CALL CHARGE | -4.00 | 0.00 | 0.00 | 0.00 | 01/20/2012 |
| 01/20/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 4.00 | 0.00 | 0.00 | 01/20/2012 |
| 01/20/2012 | CYBERSUITE | 95309017 | 5.00 | 5.00 | 0.00 | 0.00 | 01/20/2012 |
| 01/17/2012 | EPR | OID:100281643-ComisaryPur | -10.00 | 0.00 | 0.00 | 0.00 | 01/17/2012 |
| 01/17/2012 | CYBERSUITE | 9569785 | 10.00 | 10.00 | 0.00 | 0.00 | 01/17/2012 |
| 01/13/2012 | EPR | OID:100281040-ComisaryPur | -19.05 | 0.00 | 0.00 | 0.00 | 01/13/2012 |
| 01/13/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 19.05 | 0.00 | 0.00 | 01/13/2012 |
| 01/13/2012 | CYBERSUITE | 65306339 | 20.00 | 20.05 | 0.00 | 0.00 | 01/13/2012 |
| 01/12/2012 | PHONE PURCH | PHONE CALL CHARGE | -4.00 | 0.05 | 0.00 | 0.00 | 01/12/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 4.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 5.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 7.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 8.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 9.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | CYBERSUITE | 67890995 | 10.00 | 10.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 0.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 1.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 2.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/11/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 3.05 | 0.00 | 0.00 | 01/11/2012 |
| 01/10/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 4.05 | 0.00 | 0.00 | 01/10/2012 |
| 01/10/2012 | CYBERSUITE | 89581210 | 5.00 | 5.05 | 0.00 | 0.00 | 01/10/2012 |
| 01/10/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 0.05 | 0.00 | 0.00 | 01/10/2012 |
| 01/08/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 1.05 | 0.00 | 0.00 | 01/08/2012 |
| 01/08/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 2.05 | 0.00 | 0.00 | 01/08/2012 |
| 01/08/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 5.05 | 0.00 | 0.00 | 01/08/2012 |
| 01/08/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 6.05 | 0.00 | 0.00 | 01/08/2012 |
| 01/08/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 7.05 | 0.00 | 0.00 | 01/08/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 8.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 11.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 12.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 13.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 16.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 18.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 19.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 20.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 21.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 22.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | CYBERSUITE | 964613259495009391 | 17.00 | 25.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 8.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/07/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 9.05 | 0.00 | 0.00 | 01/07/2012 |
| 01/06/2012 | CYBERSUITE | 60023245 | 10.00 | 10.05 | 0.00 | 0.00 | 01/06/2012 |
| 01/05/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 0.05 | 0.00 | 0.00 | 01/05/2012 |

NUECES COUNTY SHERIFF'S DEPARTMENT

Resident Account Summary
Monday, April 16, 2012 @17:00

For SID: 10150577 JONES, TREY

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 01/05/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 3.05 | 0.00 | 0.00 | 01/05/2012 |
| 01/04/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 4.05 | 0.00 | 0.00 | 01/04/2012 |
| 01/04/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 7.05 | 0.00 | 0.00 | 01/04/2012 |
| 01/04/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 8.05 | 0.00 | 0.00 | 01/04/2012 |
| 01/04/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 9.05 | 0.00 | 0.00 | 01/04/2012 |
| 01/04/2012 | CYBERSUITE | 73108338 | 10.00 | 10.05 | 0.00 | 0.00 | 01/04/2012 |
| 01/02/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 0.05 | 0.00 | 0.00 | 01/02/2012 |
| 01/02/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 1.05 | 0.00 | 0.00 | 01/02/2012 |
| 01/02/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 2.05 | 0.00 | 0.00 | 01/02/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 3.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 4.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 7.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 8.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 9.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 10.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 13.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 14.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 15.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 16.05 | 0.00 | 0.00 | 01/01/2012 |
| 01/01/2012 | CYBERSUITE | 964613254405835880 | 17.00 | 17.05 | 0.00 | 0.00 | 01/01/2012 |
| 12/31/2011 | PHONE PURCH | PHONE CALL CHARGE | -8.00 | 0.05 | 0.00 | 0.00 | 12/31/2011 |
| 12/31/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 8.05 | 0.00 | 0.00 | 12/31/2011 |
| 12/31/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 10.05 | 0.00 | 0.00 | 12/31/2011 |
| 12/31/2011 | PHONE PURCH | PHONE CALL CHARGE | -5.00 | 12.05 | 0.00 | 0.00 | 12/31/2011 |
| 12/31/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 17.05 | 0.00 | 0.00 | 12/31/2011 |
| 12/30/2011 | CYBERSUITE | 44285421 | 20.00 | 20.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -5.00 | 0.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 5.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 8.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 11.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 14.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 17.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 19.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 21.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 22.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | CYBERSUITE | 78689193 | 20.00 | 23.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 3.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 6.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 9.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 12.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 13.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 14.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 15.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 16.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/30/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 17.05 | 0.00 | 0.00 | 12/30/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 18.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 20.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 21.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 24.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 27.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 29.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 30.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 31.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 32.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/29/2011 | EPR | OID:100278872-ComisaryPur | -11.00 | 33.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 44.05 | 0.00 | 0.00 | 12/29/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 45.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 46.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 49.05 | 0.00 | 0.00 | 12/28/2011 |

NUECES COUNTY SHERIFF'S DEPARTMENT

Resident Account Summary

Monday, April 16, 2012 @17:00

For SID: 10150577 JONES, TREY

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 52.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 53.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 54.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 57.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 58.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/28/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 59.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/28/2011 | CYBERSUITE | 1753803 | 60.00 | 60.05 | 0.00 | 0.00 | 12/28/2011 |
| 12/20/2011 | PHONE PURCH | PHONE CALL CHARGE | -4.00 | 0.05 | 0.00 | 0.00 | 12/20/2011 |
| 12/20/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 4.05 | 0.00 | 0.00 | 12/20/2011 |
| 12/20/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 7.05 | 0.00 | 0.00 | 12/20/2011 |
| 12/20/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 10.05 | 0.00 | 0.00 | 12/20/2011 |
| 12/20/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 13.05 | 0.00 | 0.00 | 12/20/2011 |
| 12/20/2011 | EPR | OID:100277717-ComisaryPur | -4.50 | 16.05 | 0.00 | 0.00 | 12/20/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 20.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 23.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 26.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 29.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 32.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 35.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 36.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 39.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 40.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/19/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 41.55 | 0.00 | 0.00 | 12/19/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 42.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 44.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | CYBERSUITE | 51337324 | 40.00 | 45.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 5.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 6.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 8.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 9.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 10.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 13.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 15.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/18/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 16.55 | 0.00 | 0.00 | 12/18/2011 |
| 12/17/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 17.55 | 0.00 | 0.00 | 12/17/2011 |
| 12/17/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 18.55 | 0.00 | 0.00 | 12/17/2011 |
| 12/17/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 19.55 | 0.00 | 0.00 | 12/17/2011 |
| 12/17/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 20.55 | 0.00 | 0.00 | 12/17/2011 |
| 12/17/2011 | CYBERSUITE | 2000613241677772031 | 22.00 | 22.55 | 0.00 | 0.00 | 12/17/2011 |
| 12/16/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 0.55 | 0.00 | 0.00 | 12/16/2011 |
| 12/16/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 1.55 | 0.00 | 0.00 | 12/16/2011 |
| 12/16/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 2.55 | 0.00 | 0.00 | 12/16/2011 |
| 12/16/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 3.55 | 0.00 | 0.00 | 12/16/2011 |
| 12/16/2011 | PHONE PURCH | PHONE CALL CHARGE | -1.00 | 4.55 | 0.00 | 0.00 | 12/16/2011 |
| 12/16/2011 | PHONE PURCH | PHONE CALL CHARGE | -5.00 | 5.55 | 0.00 | 0.00 | 12/16/2011 |
| 12/15/2011 | PHONE PURCH | PHONE CALL CHARGE | -5.00 | 10.55 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | PHONE PURCH | PHONE CALL CHARGE | -6.00 | 15.55 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | PHONE PURCH | PHONE CALL CHARGE | -5.00 | 21.55 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | EPR | OID:100277035-ComisaryPur | -39.05 | 26.55 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | PHONE PURCH | PHONE CALL CHARGE | -5.00 | 65.60 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | PHONE PURCH | PHONE CALL CHARGE | -3.00 | 70.60 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | PHONE PURCH | PHONE CALL CHARGE | -2.00 | 73.60 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | CYBERSUITE | 95935844 | 50.00 | 75.60 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | CYBERSUITE | 55180750 | 25.00 | 25.60 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | PHONE PURCH | PHONE CALL CHARGE | -4.00 | 0.60 | 0.00 | 0.00 | 12/15/2011 |
| 12/15/2011 | PHONE PURCH | PHONE CALL CHARGE | -5.00 | 4.60 | 0.00 | 0.00 | 12/15/2011 |
| **12/13/2011** | **DEPOSIT CAS** | **INITIAL DEPOSIT** | **9.60** | **9.60** | **0.00** | **0.00** | **12/13/2011** |
| 12/19/2010 | WCHECK | RELEASE OR CLOSEOUT TRANS | -5.01 | 0.00 | 0.00 | 0.00 | 12/19/2010 |
| 12/18/2010 | DEPOSIT CAS | INITIAL DEPOSIT | 5.01 | 5.01 | 0.00 | 0.00 | 12/18/2010 |