UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TREY JONES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISCELLANEOUS NO. C-12-16 |
| | § | |
| NUECES COUNTY, *et al*, | § | |
| | § | |
| Defendants. | § | |

**<u>ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* AND</u>**

**<u>COLLECTION ORDER</u>**

Plaintiff has applied for leave to proceed *in forma pauperis* (D.E. 1). The Prison Litigation Reform Act (PLRA) requires prisoners filing lawsuits to pay an initial partial filing fee. The Act also requires prisoners to pay the balance of the full filing fee of $350.00. The application has been considered in light of the PLRA. The following order is entered:

1. The Clerk shall file the plaintiff's complaint and assign a civil action number without prepayment of the filing fee.

2. Plaintiff shall not be liable for an initial partial filing fee because he lacks the assets and means to pay. <u>See</u> 28 U.S.C. Section 1915(b)(4).

3. The plaintiff shall pay $350.00, the full filing fee, in installments to the United States District Court as provided in 28 U.S.C. Section 1915(b)(1).

4. The institution having custody of plaintiff shall deduct 20% of each deposit made to the plaintiff's inmate trust account and forward payments to the United States

District Court on a regular basis provided the account exceeds $10.00.

5. The plaintiff shall sign all consents and other documents required by the agency having custody of plaintiff to authorize the necessary withdrawal from the plaintiff's inmate trust account.

6. The Clerk of the court will send a copy of this order to TDCJ--Office of General Counsel, Post Office Box 13084, Austin, Texas 78711.

ORDERED this 10th day of May, 2012.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE